Arizona HALL, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 77395.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 16, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 12, 2001.

Arizona Hall, Moberly, Party Acting pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane D. Crouse, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY K. HOFF, C.J.,
KATHIANNE KNAUP CRANE, J. and
ROBERT E. CRIST, Sr.J.

*ORDER*

PER CURIAM.

Movant, Arizona Hall, appeals from the judgment denying his motion to set aside his guilty pleas. We have reviewed the record on appeal and the briefs of the parties. No error of law appears and no jurisprudential purpose would be served by a written opinion. We have, however, prepared a memorandum opinion setting forth the reasons for our decision for the use of the parties only. We affirm the judgment pursuant to Rule 30.25(b).